```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

|  |  |  |
|---|---|---|
| JARED BREEN | : | |
| | : | |
| v. | : | Civil Action No. DKC 18-1943 |
| | : | |
| 7TH INNING STRETCH, LP, et al. | : | |
| | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of August, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. An evidentiary hearing will be scheduled;

2. The motion to dismiss (ECF No. 12) filed by Defendant Wicomico County, Maryland BE, and the same hereby IS, GRANTED IN PART, as follows;

    a. The motion to dismiss BE, and the same hereby IS, GRANTED as to Plaintiff's lack of substantial compliance with the LGTCA notice requirement;

    b. The issue of good cause will be the subject of an evidentiary hearing; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                              _____/s/_____
                                              DEBORAH K. CHASANOW
                                              United States District Judge